B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Virginia (Richmond Division)

In re: **James M. Mason / Margie S. Mason**, Debtor(s)

Case No. **10-31735**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:** Aurora Loan Services I

**Describe Property Securing Debt:**
9896 Wildwood Court
Fredericksburg, VA 22408

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other. Explain **Retain and maintain payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt
- ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:** Chase

**Describe Property Securing Debt:**
2008 Dodge Charger
15k miles

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other. Explain **Retain and maintain payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt
- ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

**Lessor's Name:** -NONE-

**Describe Leased Property:**

Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):
☐ YES     ☐ NO

---

Case 10-31735-DOT    Doc 75    Filed 07/25/13    Entered 07/25/13 15:16:40    Desc Main
Document      Page 2 of 2

B8 (Form 8) (12/08)     Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 4, 2013**     Signature **/s/ James M. Mason**
                                                                                                                      **James M. Mason**
                                                                                                                      Debtor

Date **June 4, 2013**     Signature **/s/ Margie S. Mason**
                                                                                                                      **Margie S. Mason**
                                                                                                                      Joint Debtor